WANAMAKER BASS, Appellant, v. JOSEPH V. MITCHELL, Individually and as Executor of JOHN J. CLANCEY, Deceased, Respondent, Impleaded with Another.

Submitted October 3, 1938; decided October 11, 1938.

*Clarence E. Mellen* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appeal is perfected and appellant pays ten dollars costs within ten days, in which event the motion is denied.